IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK GRIEGO, LEO PACHECO, ANNABELLE PACHECO, ADELAIDO TRUJILLO, GENEROSE TRUJILLO, JUAN ORTIZ, MARY ORTIZ, SAMANTHA ORTIZ, ANITA ORTIZ, STEVEN FRANKEN, PAMELA ABREU, JIM ABREU, JONATHAN MIGLIN, ROBERT BOWDEN, ELIZABETH CHILDERS, CLARK BURNS, EDNA BURNS, LORETTA CHAVEZ, ROBERT CHAVEZ, DANIEL ENCINIAS, LORI ANNE ENCINIAS, ELIZABETH ESQUIBEL, MARK ESQUIBEL, CYNTHIA HOLLIS, WALTER HUGHES, SHARRON HUGHES, ALEXANDER KWAN, FIACHNA ROSE, ERIKA LARSEN, TYLER WHITE, HERMAN LUJAN, LORRAINE LUJAN, THEODORE LUJAN, LORENZO LUJAN, DENNIS RIVERA, FELICIA RIVERA, MARTIN SANDOVAL, DONATO SENA, MARIA SENA, BREENA TAFOYA, LAWRENCE TAFOYA, GEORGE TRUJILLO, DIANE TRUJILLO, ELOY ROYBAL, ANITA ROYBAL, PAULINE ESPINOZA, RANDY ESPINOZA, DOLORES ESPINOZA, PEDRO ROMERO and VALERIE ROMERO,

     Plaintiffs,

v.                                                           Civil Case No. 22-CV-00434 JB/LF

UNITED STATES FOREST SERVICE,

     Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties hereby agree to a stipulation of dismissal without prejudice.

                                                   Respectfully submitted,

                                                   B & D LAW OFFICES, P.C.
                                                   By:  */s/ Mark C. Dow*
                                                   Mark C. Dow, mcd@bdsfirm.com
                                                   Christopher P. Bauman, cpb@bdsfirm.com
                                                   Cynthia L. Weisman, cw@bdsfirm.com
                                                   P.O. Box 30684
                                                   Albuquerque, NM  87190
                                                 (505) 883-3191
                                                 and

        ROYBAL-MACK & CORDOVA, P.C.
        Antonia Roybal-Mack, Antonia@roybalmacklaw.com
        Darren Cordova, darren@roybalmacklaw.com
        Amelia Nelson, Amelia@roybalmacklaw.com
        P.O. Box 91658
        Albuquerque, NM 87109
        (505) 288-3500
        *Counsel for Plaintiffs*

        Approved by:
        ***Approved by Mr. Lucero by email on 10/6/22***
        ALEXANDER M.M. UBALLEZ
        United States Attorney
        MANUEL LUCERO, Manny.lucero@usdoj.gov
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        (505) 224-1467
        *Counsel for U.S. Forest Service*

I HEREBY CERTIFY that on October 6, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Manuel Lucero, Manny.lucero@usdoj.gov
*Counsel for U.S. Forest Service*

*/s/ Mark C. Dow*
Mark C. Dow